

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re: Freestone Underground Storage, Inc., Ray Funderburk, and Nancy Funderburk

No. 06-14-00012-CV

Original Mandamus Proceeding

Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that Relator's petition for writ of mandamus should be conditionally granted and direct the trial court to transfer venue to Freestone County. The writ will issue only if the trial court fails to comply. Our previous stay order if lifted.

RENDERED MARCH 14, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk